UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Federal National Mortgage, Association, | Civil No. 13-3196 (SRN/JSM) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Allison G. Krawza, et al., | |
| Defendants. | |

_____

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron [Doc. No. 29]. No objections to the Report and Recommendation were filed within the requisite time period. Based upon the foregoing and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that this action is remanded to Dakota County District Court.


Dated:  March 18, 2014

 s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge